*Alphonse J. Balzano, Jr.,* in support of the petition.

Decided October 25, 2000

## BEN GYADU *v.* D'ADDARIO INDUSTRIES, INC., ET AL.

MCDONALD, C. J., and SULLIVAN and VERTEFEU-ILLE, Js., did not participate in the consideration or decision of this petition.

*Ben Gyadu,* pro se, in support of the petition.

Decided October 25, 2000

## STATE OF CONNECTICUT *v.* DAVID HILL

*Joseph Visone,* special public defender, in support of the petition.

*Bruce R. Lockwood,* deputy assistant state's attorney, in opposition.

Decided October 25, 2000

## STATE OF CONNECTICUT *v.* TERRANCE NEWTON